1 COURTHOUSE WAY                                    01/27/2024
BOSTON, MASSACHUSETTS 02210

Dear Honorable Judge,

Re: Writ of Habeas Corpus for Igor Leandro Ramos Quinn-Goncalves

I hope this letter finds you well. First, I want to express my utmost gratitude for your time and attention in reading this request. I truly believe that with your wisdom and compassion you can help bring about a positive resolution in this difficult situation. I would like to introduce myself. My name is Kerry Quinn-Goncalves. I am a U.S. citizen and I was born on Cape Cod in Falmouth Mass. I am Igor's wife and I Am disabled. I had an accident in 2014 that left me paraplegic, I now use a wheelchair due to a spinal cord injury.

  I am writing to request a writ of habeas corpus on behalf of my husband Mr. Igor Leandro Quinn- Goncalves who has been detained since April 2023. Mr. Quinn-Goncalves was charged as an "arriving alien" in 2018 when he entered the U.S. with his father as a minor and he has been present in the United States for 5 years as a hard and dedicated worker. My husband hit a turning point in his life when he was abandoned by his father and was separated from myself and the children. Igor was in a desperate situation during the period of time in his life when he committed the crimes that he did. The boss he was working for at the time was not paying him and he was only trying to support himself.

  Mr.Quinn-Goncalves was arrested in October,2022 and was sentenced to serve 9 months in the house of corrections. He has served his time inside of Barnstable county jail. Due to his detention he has been continuing to serve time for unjustified reasons. He has been inside the jail for a total of 14 months and has been deemed <u>not bond eligible by the immigration judge</u> due to the fact of his charges of being an "arriving alien" the Immigration judge has "no jurisdiction" to grant bond for Mr. Quinn-Goncalves.

  Mr.Quinn-Goncalves mental health has been declining inside the jail and he is currently on depression medication and suffering from PTSD from events he suffered in Brazil. My husband also has severe asthma and has been to the medical staff inside the jail many times and has been denied the proper medical care he needs both mentally and physically for the entirety of his detention. Mr.Quinn-Goncalves was diagnosed with Covid while being detained by ICE and has never received a nebulizer or inhaler for his breathing problems.

My husband, myself and the immigration lawyer all requested ICE to transfer Igor to Plymouth County ICE detention center so that the kids and I could visit Igor inside of the jail but we have all been ignored on this request. Due to my disability I do not have any help to have someone assist me to NewHampshire where Igor is being held. I have not seen my husband in the 9 months that he has been detained by ICE and this is very difficult for our family. It is a huge hardship on us.

Mr.Quinn-Goncalves has an asylum case pending before the BIA please see attached documentation herein. There is no foreseeable removal for Mr.Quinn-Goncalves and there is an <u>urgent humanitarian need for his release</u>. You will see the evidence of the urgent need here in the copy of the parole request that was sent to ICE recently as well as one that was sent 8 months ago after discovering Igor is not bond eligible by the judge; the request was denied, see attached documentation.
–After the recent parole request for urgent humanitarian release my husband's deportation officer Nicole Arsenault's only response was "he will not be considered for parole at this time" please see attached documentation pertaining to.

**<u>I firmly believe that his continued detention violates his constitutional rights</u>**, and I would like to outline the reasons below:

1. <u>Violation of Due Process Rights:</u> Mr. Quinn-Goncalves is being held in prolonged detention without being afforded a bond hearing or the opportunity to present evidence in support of his release. This denial of due process rights under the Fifth Amendment of the United States Constitution is a clear violation of his constitutional rights.

2. <u>Equal Protection Violation:</u> Mr. Quinn-Goncalves is being treated differently from other similarly situated individuals who have been charged. The denial of bond eligibility solely based on being charged as an "Arriving alien" this classification violates his right to equal protection under the law, as guaranteed by the Fourteenth Amendment.

3<u>. No Flight Risk or Danger to the Community:</u> Mr. Quinn-Goncalves has a strong community support system, including family members and friends who are willing to provide accommodation and supervision if he is released on bond. Moreover, he has <u>consistently demonstrated his cooperation with immigration authorities,</u> and I will take the time now to explain in length how; After 6 months of being incarcerated, the Sheriff of Barnstable county explained to me they do not hold individuals on ICE detainers nor will they act on the detainer, this would mean Igor was free

to leave the jail in 07/2023. The parole officer at the jail would not release Igor unless he went through ICE and after researching I found that he would be bond eligible by an immigration judge. I advised my husband to go through ICE to demonstrate he will not be a flight risk.

I was spending the money we had put to the side in savings on phone calls and it was starting to become a hardship on myself and kids. Igor made the choice to parole out early from barnstable county jail and he made the choice NOT to waive his right at parole. When ICE did not show up on his release date I took the time to drive to Burlington MA. On 03/23/2023 I spoke with the supervisor at the ICE field office and he was surprised as his response to me was "Barnstable no longer works with ICE" I explained to him "parole is a separate entity from the jail and they won't release him unless the detainer is lifted or you guys pick him up" <u>the supervisor mentioned that they never received the parole paperwork to pick him up,</u> he said "they probably use the old system of faxing things over" to which I replied "that is what the parole officer Maureen Quinn said she did" <u>with that said ICE was never going to get him, Igor and I were acting in good faith by working with immigration officials</u> to abide by the immigration laws. One officer even joked with me and said " if we don't have him by the first week of April, we're not going to see you out here waiting for us, right?" we all laughed.
<u>Please see attached emails between myself and the sheriff of Barnstable Donna Buckley including the email to her when I was following up while at the ICE field office.</u>

Igor voluntarily surrendered himself to ICE under the assumption he would be bond eligible by an immigration judge so that he could quickly come home to care for me and the children as soon as possible. Therefore, his continued detention without bond is unnecessary and unjust. I kindly request that you grant the writ of habeas corpus and schedule a hearing to review Mr. Quinn-Goncalves' detention. This will provide an opportunity for him to present evidence in support of his release and ensure that his constitutional rights are upheld.

I have tried every way possible before turning to this court for help, you will see documentation attached of my efforts between the following;

*Karen A. Wasielewski*
**Deputy District Director of Congressman William Keating**
**&**
**Innocent Wozufia**
**Congressional Aide**
**Office of senator Edward J. Markey**

I also wrote a letter and mailed a copy of the parole request to the head of DHS
**Alejandro Mayorkas**
*Please see attached copy of certified mail.*

Our first I130 petition for alien relatives was denied due to our previous lawyers's misrepresentation in his statements of false facts in an affidavit that was supposed to be submitted by me in which I have proof of and printed out. I submitted the proof of the lawyer's negligence that in return caused our denial. His mistakes were significant enough that my credibility was attacked, so I filed an I290B (motion to reopen) the I130. That petition has been pending for six months. I have since hired a new attorney and resubmitted a new I130,I have run out of funds to pay the lawyer anymore money to help assist with the Heab, we are currently waiting on a decision from USCIS regarding the new I130 but my husband is stuck in detention until USCIS makes a decision or the BIA approves his asylum, I have requested expedite processing with USCIS but it has been over a month and my request just to expedite is still pending, <u>I have exhausted my efforts in trying to get my husband released from detention and I feel I have no other option but to turn to this federal court for help regarding this urgent matter</u>. Igor should be able to come home while awaiting a decision on the BIA or USCIS which can take months or years. Please seriously consider helping grant this heab for our family.

<u>I respectfully request for a 3 day return in connection to this matter due to the facts in regards to urgent humanitarian reasons.</u>

I look forward to your prompt response in scheduling a hearing on behalf of my husband. Thank You for your time and understanding

~Kind Regards,
Mrs.Quinn-Goncalves