

**ANTHONY J. BENEDETTI**
CHIEF COUNSEL

**CONFIDENTIAL LEGAL INFORMATION**

Mr. Igor Goncalves
21 Oasis Way, Apt. 21-301
Plymouth, MA 02360

**Committee for Public Counsel Serv[ices]**
**Private Counsel Divi[sion]**
75 Federal Street, 6th Floor, Boston, MA 0[...]
Tel: (617) 482-6212 – Fax: (617) 988-8[...]

**VANESSA VÉLEZ**
DEPUTY CHIEF COUNSEL

**ELIZABETH DEMBITZER**
DIRECTOR OF CRIMINAL APPEALS

December 8, 2023

Dear Mr. Goncalves,

Our office has completed a preliminary review of your case and determined that we will assign your case to an experienced member of our Post-Conviction Screening Panel for screening. After a thorough review of the case and potential issues, screening counsel will recommend to the Director of Criminal Appeals, Elizabeth Dembitzer, whether a post-conviction motion is meritorious. The screening process is necessary because CPCS is authorized to assign counsel only after determining that a meritorious issue in your case allows the appointment of a lawyer. A "meritorious" claim is one that has legal merit and presents a reasonable, even if small, chance of success.

Due to the high demand for screenings and the limited number of qualified and available attorneys, it may take up to twelve weeks or more to assign a screening attorney. Please be patient.

Please do not file any pro se motions with the Court until you have consulted with the screening attorney. If you have already filed pro se motions, we advise you to immediately write to the Court and ask that it take no action on the motion while the case is being screened.

Please do not send additional materials to CPCS now. The screening attorney will meet with you to discuss potential issues and will review your case including transcripts. You will have the opportunity to provide the screening attorney with documents.

When screening counsel has completed review of the case, counsel will make a written recommendation to CPCS. You will be notified when CPCS has determined whether to assign counsel.

Kindly notify our office if you have a change of address. Good luck with your post-conviction efforts.

Sincerely,

Kathleen O'Connell
Supervising Counsel
Criminal Appeals Unit
Private Counsel Division

**From:** Matt Cameron <Matt@massimmigrationlaw.com>
**Sent:** Sunday, April 30, 2023 9:46 PM
**To:** Arsenault, Nicole <Nicole.Arsenault@ice.dhs.gov>
**Subject:** PAROLE REQUEST: Igor Ramos Goncalves (A#: 215-806-778)

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Officer Arsenault:

I presently represent Strafford detainee Igor Ramos Goncalves pursuant to the attached G-28. (It is my understanding that you are his assigned deportation officer, but if I am mistaken please forward this request to the appropriate person with my apologies.) I am writing with a somewhat unusual parole request for your review in a case which you may remember from your recent correspondence (attached) with Igor's fiancé Kerry Quinn as well as her recent visit to Burlington to meet with you and the Field Office Director.

==This is the first time in 18 years of practice that I've ever heard of someone held in state custody voluntarily arranging their own transfer to ICE.== This surrender was sought in the understanding that Igor would be eligible for release on bond from an immigration judge. However, as discussed above and confirmed in the attached NTA **he has been charged as an arriving alien and the immigration court has no jurisdiction for bond.** He can not be released by any other authority than other than ICE's discretion, which is why we are bringing this to you now.

**POSITIVE EQUITIES**
21-year-old Igor came to the U.S. as a young man of 16 with his father, who promptly abandoned him within a year of their parole through a port of entry in El Paso. He quickly learned English—a language in which he is now conversational—while taking whatever work he could get, and made the best life for himself that he could.

Igor's fiance Kerry Quinn is a physically disabled wheelchair user who lives in Falmouth. She and Igor have been acquainted since 2021 and together as a couple since last spring. Igor was financially supporting her and her two children before he began to serve his jail sentence. In each of their attached affidavits, the parties confirm that Igor is in a much better state of mind when they are together and that his recent incarceration has left him recommitted to what he needs to do as a partner.

If released, his employer Michael Cain has confirmed that he will provide Igor with a place to live and be sure that he complies with immigration and parole authorities.

**NEGATIVE EQUITIES**
Igor accumulated a criminal record during a 6-month period in 2022 when he was on his own without support. He was separated from Kerry and, by his own admission, making poor decisions which ultimately led him to be arrested for three different incidents involving motor vehicles. These resolved in a global plea to charges including larceny of a motor vehicle, use of a motor vehicle without authorization, and breaking and entering a motor vehicle with a total sentence of 9 months in the House of Correction.

There are no offenses in Igor's record which implicate drugs or violence, and no aggravated felonies. He took responsibility for his actions and served his time. If released by ICE, he would remain under the supervision of state parole authorities in the understanding that he could be returned to state custody for even a minor infraction. In light of all of the above, he poses no danger to the public and there is an urgent humanitarian need on the part of Kerry Quinn and her children for his release.

Thank you for your consideration of this request. I remain available at this email address or (617)-567-0508.

Thank you,

*Matt Cameron*
**Cameron Micheroni & Silvia**

256 Marginal St
East Boston, Mass. 02128
Phone: (617)-567-0508

*Enforcement and Removal Operations*
*Boston Field Office*

**U.S. Department of Homeland Security**
1000 District Ave
Burlington, MA 01803



**U.S. Immigration and Customs Enforcement**

May 9, 2023

RAMOS Goncalves, Igor Leandro
C/O Cameron Micheroni & Silvia
256 Marginal St
East Boston, MA 02128

RE: Parole Request for 215 806 778

Dear Mr. Ramos,

This letter is to inform you that U.S. Immigration and Customs Enforcement (ICE) has decided not to parole you from detention at this time. Under ICE policy, arriving aliens determined by an Asylum Officer to have a credible fear of persecution or torture are initially considered for parole. While the decision whether to grant parole is discretionary, ICE policy is generally to grant parole to aliens determined to have a credible fear if they establish their identity and that they pose neither a flight risk nor danger to the community.

As part of its determination whether to parole such aliens, ICE conducts an initial interview and reviews their immigration files and any supplemental documentation provided. If ICE receives a written request for redetermination of a prior decision not to grant parole, ICE may elect to re-interview the alien or make a new decision based on documentary information, including any new information provided.

Based on a review of all available information, ICE has determined that parole is not appropriate in your case at this time. This determination is based on the following reason(s):

☐   You have not established your identity to the satisfaction of ICE.

☒   You have not established to ICE's satisfaction that you will appear as required for immigration hearings, enforcement appointments, or other matters, if you are paroled from detention.

☒ You have not established to ICE's satisfaction you would not pose a danger to the community or U.S. security, if you are paroled from detention.

☐ Additional exceptional, overriding factors (e.g., law enforcement interests or potential foreign policy consequences) in your case militate against parole, as follows:
_____.

☐ ICE previously provided you with a written decision declining to grant parole, and you have failed to provide additional documentation or to demonstrate any significant changed circumstances which would change ICE's previous determination.

You may request a redetermination of this decision in writing, based upon changed circumstances in your case or additional documentation you would like ICE to consider. Such changed circumstances or documentation should relate to the reason(s) ICE is not paroling you from custody at this time. For example, if you have not established your identity to ICE's satisfaction, you may wish to consider providing government-issued documents such as passports, birth certificates, or identity cards. Identity can also be established through written statements prepared by individuals whom you know in the United States and whose identity we can verify.

If you request redetermination of this decision, please direct your written request to the address above, include a copy of this letter and any other prior ICE written decision(s) not to grant you parole, and clearly explain what changed circumstances or additional documents you would like considered. Requests for redetermination which are not clearly explained will be returned without action.

Sincerely,

*signature*
KEITH M CHAN
I am approving this document
as the designee
2023.05.18 16:12:10 -04'00'

Todd M. Lyons
*Field Office Director*
Boston Field Office



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**BOSTON IMMIGRATION COURT**

Respondent Name:
GONCALVES, IGOR LEANDRO RAMOS

To:
GONCALVES, IGOR LEANDRO RAMOS
C/O STRAFFORD CTY HOC
266 COUNTY FARM RD
DOVER, NH 03820

A-Number:
215806778

Riders:
In Custody Redetermination Proceedings

Date:
09/13/2023

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☐ Granted. It is ordered that Respondent be:

  ☐ released from custody on his own recognizance.

  ☐ released from custody under bond of $

  ☐ other:

☒ Other:
  R is not eligible for a bond hearing because R is an arriving alien.

Immigration Judge: Masters, Todd  09/13/2023

Dear Ms. Quinn,

Thank you for reaching out. Please be advised that while the BCSO will no longer act on the ICE detainer nor detain your fiancé solely because of the ICE detainer, we have no authority to lift it. Your fiancé would need to deal directly with ICE.

Please let me know if you have any additional questions.

Donna D. Buckley
Sheriff
508-563-4302 (o)
774-426-0035 (c)
dbuckley@bsheriff.net

Barnstable County Sheriff's Office
6000 Sheriff's Place
Bourne, MA 02532


-----Original Message-----
From: Kerry Quinn <quinnkerry224@icloud.com>
Sent: Monday, January 9, 2023 3:15 PM
To: Donna Buckley <dbuckley@bsheriff.net>
Subject: ICE detainer

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Sheriff Buckley,

First I want to congratulate you on becoming Sheriff, I have followed up in hopes you would get the position. I love the plans you have for our community and I am very thankful for the campaign promise that you fulfilled. I am reaching out to you because my fiancé Igor Goncalves is currently incarcerated, he was arrested 3 months ago and had an ICE detainer placed on him. I understand that you "ripped up" the ICE agreement on your first day in office and I have been wondering what this could mean for him? I am not sure if the detainer is now lifted or if I should seek an immigration attorney? Will the jail hold my fiancé for 48 hours for ICE to detain him? I also called and left a voicemail with whom I believe is your assistant. You can email or contact me directly at 774-521-5016. I anticipate your response, Thank you!

Hi Kerry,

Thank you for reaching out. I am in the process of looking into this matter. Please note that Parole is not a part of the Barnstable County Sheriff's Office. They are a different state agency and have their own policies and procedures. That said, I have asked the parole officer who works out of the BCSO to forward me their policies regarding notification to ICE. As soon as I have more information, I will get back to you.
D

Donna D. Buckley
Sheriff
508-563-4302 (o)
774-426-0035 (c)
dbuckley@bsheriff.net

Barnstable County Sheriff's Office
6000 Sheriff's Place
Bourne, MA 02532


-----Original Message-----
From: Kerry Quinn <quinnkerry224@icloud.com>
Sent: Monday, March 6, 2023 11:10 AM
To: Donna Buckley <dbuckley@bsheriff.net>
Subject: Re: ICE detainer

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Donna,

I hope all is well and things are going great for you as the new Sheriff. Thank you for your response. I did not think I would need to reach back out to you but my fiancé had his parole board hearing today and Maureen Quinn gave him a release date of April 21.2023 but she told him that she is going to contact ICE and notify them of his release and that he should plan to be detained by them. I am reaching out to you because I am having a lot of anxiety as to what is going to happen and I'm not sure if he understood what is happening, he did not have a lawyer present with him and he doesn't understand or speak English well. I explained to him before that you "ripped up" the agreement Barnstable county had with ICE so we are confused as to why the parole officer is contacting ICE or if because the detainer is already in place if that is something the jail has to do before releasing an inmate? I was hoping that because there is no longer an agreement that it wouldn't be necessary for the jail to contact or work with ICE. If this is necessary to do so can you please advise me on what I can do moving forward to help my fiancé and can I be present on the day ICE arrives at the jail? Please get back to me as soon as possible. Thank you Donna, if it's easier you can call me directly at 7745215016

**Kerry** 3/23/23
To: Donna Buckley

## No Subject

Hi Donna,
just a quick update, I am here at ICE in Burlington they never received any paperwork for them to pick Igor up so because parole won't release him unless he is picked up or the detainer is lifted which is almost impossible to do, they had to make some calls to the jail and arrange a pick up date for him. They wouldn't tell me which day they were coming to get him but said some time beginning April, My fiance signed a release of information with Maureen Quinn so I was wondering if it's possible that you can use the release of information to find out which day they plan to pick him up and then communicate that to me so I can prepare the lawyer and any bond money he may need. It would be greatly appreciated, thanks so much!

Sent from my iPhone

Hi officer Arsenault,

I hope you had a happy holiday and this email finds you well, As you know Igor has been detained for 9months and in jail for a total of 14 months. I have not been able to see him this entire time while he's been detained in NewHampshire because I don't have anyone to come help assist with my wheelchair from Massachusetts to New Hampshire, I am kindly requesting that Igor be moved from NH to Plymouth county so that this can be less of a hardship on us.

This process has been extremely difficult and Igor and I had the best of intentions when I came to the ICE field office in March 2023 when I made the supervisor aware of his parole release date. We were only trying to work with immigration officials In a good faith effort to abide by immigration laws and we truly believed he was eligible for bond through a judge.

Igor has been stuck inside the jail for many months and I have exhausted my life savings in supporting him. I am desperate for him to move the jail closer so that me and the kids can see him while we await the appeals process. We have already missed so many holidays together and I know Igor made some mistakes but he is really not a bad person, I hope that you can help us in trying to at least help him move the jail. I would be truly grateful and it would be a huge help.

Please let me know if this is possible.
~Kind Regards.

> > > > To: Boston.Outreach
> > > >
> > > > Subject: A215806778
> > >
> > > > CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here <mailto:SPAM@ice.dhs.gov?subject=FW:%20Suspicious%20Email%20&body=Please%20select%20the%20suspicious%20email%20in%20your%20outlook%20inbox%20and%20drag%20it%20into%20the%20body%20of%20this%20message.> and follow instructions.
> > >
> > >
> > > > Hello my fiancé was detained and sent to Strafford NH. I am trying to find the officer assigned to his case? also trying to figure out when his bond hearing is, Please get back to me as soon as possible thanks so much!!
> > >
> > > > Igor Ramos Goncalves
> > >
> > > > A215806778
> > >
> > > > 774-521-5016
> > >
> > > > Kerry
> > >

> > Thank you so much for getting back to me! He has been waiting on someone to give him a "notice to appear" paper. Do you know if he was already given this paper? He said the officer gave him 2 papers but then took them and put them in his property and has not given them back even after requesting them. He also is unaware of what the papers were. ==I am assuming if he is going infront of the judge that he was not eligible for a bond through ICE, is that correct?==
>
> > Sent from my iPhone
>
> > > On Apr 6, 2023, at 1:54 PM, Arsenault, Nicole <Nicole.Arsenault@ice.dhs.gov> wrote:
> > >
> > > Good afternoon,
> > >
> > > The court has not scheduled his hearing, it should be scheduled soon.
> > >
> > > Respectfully,
> > >
> > > Nicole Arsenault
> > > Deportation Officer | Detained Unit
> > > Boston Field Office
> > > Enforcement and Removal Operations
> > > U.S. Immigration and Customs Enforcement
> > > 1000 District Ave | Burlington, MA 01803
> > > _____
> > > From: Kerry Quinn <quinnkerry224@icloud.com>
> > > Sent: Wednesday, April 5, 2023 9:00:17 AM (UTC-05:00) Eastern Time
> > > (US & Canada)

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here <mailto:SPAM@ice.dhs.gov?subject=FW:%20Suspicious%20Email%20&body=Please%20select%20the%20suspicious%20email%20in%20your%20outlook%20inbox%20and%20drag%20it%20into%20the%20body%20of%20this%20message.> and follow instructions.

Sorry I just want to make sure I understand fully, when you say that you will receive his file and give a copy to the ICE officer at the facility of the paperwork he has signed. Are you referring to "him" as Igor or the ICE officer?

Hypothetically speaking, is someone who is in this situation usually eligible to be released on bond or is it possible to continue to be detained?

I have been trying to make calls for a few days now and I just want to thank you again for getting back to me, I really appreciate your communication!

Sent from my iPhone

On Apr 6, 2023, at 2:45 PM, Arsenault, Nicole <Nicole.Arsenault@ice.dhs.gov> wrote:

He was already served a Notice to Appear upon illegal entry into the United States in 2018. His hearing will be expedited and scheduled with the court soon. He was most likely served a custody redetermination, stating he is staying in custody until his hearing with the judge which should be within the next week or two.

I understand he has asked the ICE officer for the paperwork - his property is housed at our office in Burlington, not at Strafford where he is located so he physically cannot give them back. Once I receive his file, I can provide our ICE officer at the facility with a copy of the paperwork he has signed to give to him.

When you do receive his file would you kindly inform me on the paper that Igor signed, if allowed. I was not aware your office doesn't set bond so that makes sense as to why he has to go in-front of the judge. I understand now, thank you for taking the time to clarify that.

Sent from my iPhone

On Apr 6, 2023, at 3:37 PM, Arsenault, Nicole <Nicole.Arsenault@ice.dhs.gov> wrote:

Once I receive IGOR's file with the paperwork IGOR signed, I will provide it to our ICE officer at the facility to give to IGOR. Our office doesn't offer bond, that is done at a bond hearing at court - which is in the process of being scheduled.

Respectfully,

Nicole Arsenault

Deportation Officer | Detained Unit

Boston Field Office

Enforcement and Removal Operations

U.S. Immigration and Customs Enforcement

1000 District Ave | Burlington, MA 01803

-----Original Message-----

From: Kerry Quinn <quinnkerry224@icloud.com>

Sent: Thursday, April 6, 2023 3:31 PM

To: Arsenault, Nicole <Nicole.Arsenault@ice.dhs.gov>

Subject: Re: A215806778

**From:** Matt Cameron <Matt@massimmigrationlaw.com>
**Subject: RE: A215806778**
**Date:** Apr 26, 2023 at 2:38 PM
**To:** Kerry Quinn <quinnkerry224@icloud.com>

We can talk later today, but you can't trust anything that ICE tells you. They don't take the time to learn anything about individual cases and are just trying to process people through as quickly as possible. It is true that they don't generally set bond, but they are permitted to release people on orders of parole (basically the same idea as criminal parole). She probably didn't know that he wasn't eligible for bond when she told you this, and frankly didn't care. I can call you around 4:30 if that is okay.

*Matt Cameron*

**Cameron Micheroni & Silvia**

256 Marginal St

East Boston, Mass. 02128

Phone: (617)-567-0508

Twitter: https://twitter.com/matt_cam

**From:** Kerry Quinn <quinnkerry224@icloud.com>
**Sent:** Wednesday, April 26, 2023 1:19 PM
**To:** Matt Cameron <Matt@massimmigrationlaw.com>
**Subject:** Fwd: A215806778

Sent from my iPhone

Begin forwarded message:

> **From:** Kerry Quinn <quinnkerry224@icloud.com>
> **Date:** April 6, 2023 at 3:52:22 PM EDT
> **To:** "Arsenault, Nicole" <Nicole.Arsenault@ice.dhs.gov>
> **Subject: Re: A215806778**

10:29



📋 Copy    🏃 Add to Informed Delivery

## Scheduled Delivery by

# WEDNESDAY

# 17  January 2024 ⓘ     by 6:00pm ⓘ

Your item was delivered to the front desk, reception area, or mail room at 11:13 am on January 17, 2024 in WASHINGTON, DC 20528 to HOMELAND SEC 20528. The item was signed for by J MCCRAY.

### Get More Out of USPS Tracking:

💾 USPS Tracking Plus®

## ✓ Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20528
January 17, 2024, 11:13 am

See All Tracking History

What Do USPS Tracking Statuses Mean?



AA    🔒 tools.usps.com    ↻

   

< Inbox          3 Messages          ∧   ∨

**Siri Found a Contact**
Innocent Wozufia
Innocent_Wozufia@markey.sen…          Add   ✕

**Innocent Wozufia**                   1/16/24
To: Kerry   Cc: Tristan >

## RE:

Kerry,

Thank you for forwarding your documents. We are submitting an inquiry to USCIS on your behalf and will keep you updated when we receive a response back.

Best,

Innocent Wozufia (He/His/Him)
Congressional Aide
Office of Senator Edward J. Markey
975 JFK Federal Building
15 New Sudbury Street
Boston, MA 02203
e: Innocent_Wozufia@markey.senate.gov
p: 617-565-8519

5:16 5G

< Inbox 9 Messages

**Siri Found a Contact**
Karen Wasielewski
karen.wasielewski@mail.house.... Add   ✕

**KW**  Karen Wasielewski 8/29/23
To: Kerry >

## RE:

I have made requests to USCIS and the Board of Immigration Appeals/Executive Office of Immigration Review. We really can't have any influence over these types of cases. We have asked that your request be given full and fair consideration.

I will let you know once I hear back.

Karen


*Karen A. Wasielewski*
*Deputy District Director*
*Congressman William Keating*
9th  Congressional District
50 Resnik Road, Suite 103
Plymouth, MA 02360
Phone:  508-746-9000
Fax:  508-732-0072

| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | August 10, 2023 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-290B, Notice of Appeal or Motion | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| IOE0921764146 | August 08, 2023 | 1 of 1 |
| | | **DATE OF BIRTH** |

KERRY L. QUINN-GONCALVES
C/O KERRY QUINN-GONCALVES
21 OASIS WAY APT 21 301
PLYMOUTH, MA 02360

24  00008530

**PAYMENT INFORMATION:**

Application/Petition Fee:   $675.00
Total Amount Received:   $675.00
Total Balance Due:   $0.00

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**
(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  10/13/21

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for Customers with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) for help in English or Spanish.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.